# Order

**Michigan Supreme Court**
**Lansing, Michigan**

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

August 13, 2020

161754 & (11)

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

SHERRY SUZANNE DUNN,
        Defendant-Appellant.

SC: 161754
COA: 354179
Berrien CC: 2019-015394-FH

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the July 29, 2020 order of the Court of Appeals is considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted. The Court of Appeals is DIRECTED to decide this case on an expedited basis.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 13, 2020



Clerk

s0811